11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Brian Keith Edwards,                              * From the 29th District
                                                     Court of Palo Pinto County,
                                                     Trial Court No. 14427.

Vs. No. 11-11-00135-CR                            * November 21, 2013

The State of Texas,                              * Memorandum Opinion by Wright, C.J.
                                                     (Panel consists of: Wright, C.J.,
                                                     Willson, J., and Bailey, J.)

       This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.